IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
ERIC & MARY LUNSFORD ) Case No: 05-67720
) Chapter 7
)

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 7th day of February, 2011, Trustee issued check number 104 in the amount of $42.05 to St. Mary Medical Center.  Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: St. Mary Medcial Center, P.O.3603, Munster, IN 46321.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated:  June 9, 2011

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376